IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAVIN SIEGFRIED, individually and on behalf of others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**ROMAN HEALTH VENTURES INC.**,<br><br>*Defendant* | Case No.  2:23-cv-00415-JDW |

## ORDER

**AND NOW,** this 3rd day of February, 2023, upon review of Plaintiff Gavin Siegfried's Response To Order To Show Cause (ECF No. 4), it is **ORDERED** that this case is transferred to the Middle District Of Pennsylvania pursuant to 28 U.S.C. § 1406(a). The Clerk Of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.